FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 12 2023

KEVIN P. WEIMER, Clerk
By: /s/ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| GARY J. MITCHELL | CASE NO. |
| Plaintiff, | 1:23-CV-03545-SCJ-CCB |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, | Complaint for a civil case |
| Defendant. | *Hon. Steve C. Jones* |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO AMEND COMPLAINT

Plaintiff Gary Mitchell, pro se, respectfully submits this opposition to the Motion to Dismiss filed by Defendant Equifax and concurrently seeks leave to amend the complaint.

### Argument For Opposition to Motion to Dismiss

1. Sufficiency of the Initial Complaint: Plaintiff alleges that Defendant Equifax failed to conduct a reasonable investigation in violation of [specific law/code, e.g., "Fair Credit Reporting Act, 15 U.S.C. § 1681i"]. While the complaint may not have specified the precise inaccuracies in the report, the overarching claim is clear: Equifax did not perform its statutory obligation to reasonably investigate. Note that in Equifax never denied any of the claims that were clearly stated by the Plaintiff.

2. Purpose of Pleadings: The purpose of the pleadings is to provide notice to the defendant of the nature of the claims, not to delineate every detail. Given the information provided, Equifax had sufficient notice of the claim and grounds upon which it rests.

### Motion to Amend Complaint

COMPLAINT FOR A CIVIL CASE - 1

3. Leave to Amend Should Be Freely Given: Courts emphasize that leave to amend should be freely given when justice requires. Plaintiff seeks to clarify and provide additional detail regarding the inaccuracies in the report to address the concerns raised in the motion to dismiss.

4. Proposed Amendments: Plaintiff Gary Mitchell will amend the complaint to include additional relevant information including the specific inaccuracies in the report, exhibits to further prove my claims including the dispute letter sent to Equifax and the certified mail tracking, the dispute results the plaintiff received back from Equifax proving that Equifax did not do a reasonable investigation, I will point out every inaccuracy that Equifax is reporting on my consumer report, show that Equifax provided my consumer report to third parties, and further explain damages I received caused by the negligence on behalf of Equifax for violating the Fair Credit Reporting Act by not following proper procedures.

5. No Undue Delay, Bad Faith, or Prejudicial Effect: Plaintiff's request is made promptly upon learning of the purported deficiencies in the initial complaint. There is no evidence of bad faith, and given the early stage of litigation, allowing amendment would not unduly prejudice Equifax.

**CONCLUSION**

6. For the reasons stated above, Plaintiff respectfully requests that the Court deny Equifax's Motion to Dismiss and grant Plaintiff leave to amend the complaint to address the issues raised by the defendant.

Respectfully submitted,

Gary Mitchell

Date:
_____10/09/23_____

YOUR NAME: Gary Mitchell
PHONE NUMBER: 470-981-3826
EMAIL: gmitch1647@gmail.com
1647 Watersprings Way
Dacula, Ga 30019

COMPLAINT FOR A CIVIL CASE - 2

Gary Mitchell
1647 Whitesprings Way
Dacula Ga 30019

9589 0710 5270 1055 7195 24

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 1055 7195 24

Retail

U.S. POSTAGE PAID
FCM LG ENV
DACULA, GA 30019
OCT 10, 2023

30303

**$5.70**

RDC 99

R2305K135033-01

U.S. Marshals Service
Atlanta, GA

CLEARED

Clerks Office
US District Court Northern District of Ga
75 Ted Turner Drive, SW
RM. 2211
Atlanta Ga 30303