IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GARY J. MITCHELL, JR.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**EQUIFAX INFORMATION SERVICES LLC,**<br><br>    **Defendant.** | **CIVIL ACTION NO.**<br>**1:23-CV-3545-SCJ-CCB** |

## ORDER

This matter is before the Court for consideration of a motion to dismiss filed by Defendant Equifax Information Services LLC. (Doc. 11).

On August 9, 2023, Plaintiff Gary J. Mitchell, Jr. commenced this action by filing a complaint alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (FCRA). (Doc. 3).[1] Plaintiff filed a first amended complaint on August 18, 2023. (Doc. 4). On October 3, 2023, Defendant filed a motion to dismiss under Fed. R. Civ. P. 12(b)(6). (Doc. 11). On October 12, 2023, Plaintiff filed a motion for leave to file an amended complaint, (Doc. 13), which the Court granted, (Doc. 15).

---

[1] Plaintiff filed an application for leave to proceed *in forma pauperis* on August 9, 2023, (Doc. 1), which the Court granted on August 11, 2023, (Doc. 2). The complaint was filed at that time. (Doc. 3).

Plaintiff filed his second amended complaint on November 15, 2023. (Doc. 16). Defendant filed its answer to the second amended complaint on November 29, 2023. (Doc. 17).

As a general matter, "[a]n amended pleading supersedes the former pleading; the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." *Dresdner Bank AG v. M/V OLYMPIA VOYAGER*, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks omitted). "[T]he rule that an amended complaint supersedes the original complaint . . . means that specific claims made against particular defendants in the original complaint are not preserved unless they are also set forth in the amended complaint." *Gross v. White*, 340 F. App'x 527, 534 (11th Cir. 2009) (internal quotation marks and citation omitted).

Here, Defendant's motion to dismiss Plaintiff's original complaint, (Doc. 11), has been rendered moot by the filing of Plaintiff's second amended complaint. *See, e.g., Locascio v. BBDO Atlanta, Inc.*, 56 F. Supp. 3d 1356, 1359 n.2 (N.D. Ga. 2014) (denying a motion to dismiss an original complaint as moot after the filing of an amended complaint); *Bradley v. DeKalb County, Ga.*, No. 1:10-CV-0218-TWT-GGB, 2010 WL 4639240, at *2 (N.D. Ga. May 17, 2010) (same), *adopted by* 2010 WL 4638887 (N.D. Ga. Nov. 4, 2010). Accordingly, Defendant's motion to dismiss Plaintiff's

complaint, (Doc. 11), is **DENIED AS MOOT** because the motion is directed to the original complaint, which is no longer the operative pleading before the Court.

**IT IS SO ORDERED,** this 29th day of November, 2023.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE